# UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DEREK ALLEN FULFER,

    Defendant.

**CRIMINAL COMPLAINT**

Case Number: 25-MJ-63-S

I, Eli Voigt, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

On or about March 5, 2025, in the District of Wyoming, the Defendant, **DEREK ALLEN FULFER**, knowingly transmitted in intersate commerce a communication containing a true threat to injure the person of another, in violation of 18 U.S.C. § 875(c).

I further state that I am a Special Agent with the Federal Bureau of Investigation and that this complaint is based on the following facts:

*(See attached Sworn Statement)*

Continued on the attached sheet and made a part hereof.

_____
Signature of Complainant
Eli Voigt

Sworn to before me and subscribed in my presence, via telephone.

08-19-2025 at 8:33 a.m.       at   Cheyenne, Wyoming
Date and Time                         City and State

United States Chief Magistrate Judge
Scott P. Klosterman
Name & Title of Judicial Officer

_____
Signature of Judicial Officer



## SWORN STATEMENT IN SUPPORT OF CRIMINAL COMPLAINT
### *U.S. v. DEREK ALLEN FULFER*

I, Eli Voigt, being duly sworn, hereby depose and states as follows:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since March 2025. I am currently assigned to the Casper Resident Agency of the Denver Field Office, where my duties include investigating a broad range of criminal violations with primary response/coverage territory of the northeast quarter of the state of Wyoming, to include Natrona County and the city of Casper. Since arriving in Wyoming as a Special Agent, I have received training and gained experience in interviewing techniques, arrest procedures, and search and seizure warrant applications.

2. During my training at the FBI Academy, Quantico, Virginia, I received training in a variety of investigative and legal matters, including the topics of Fourth Amendment searches and seizures, the drafting of search and seizure warrant affidavits, and probable cause. Prior to becoming a Special Agent, I attended the United States Naval Academy and served in the United States Navy as a Surface Warfare Officer.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement officers, witnesses, and/or agencies. Because this affidavit is being submitted for the limited purpose of sercuring a criminal complaint, I have not included every fact known to law enforcement concerning this investiagation. Rather, I have set forth only the facts necessary to establish probable cause for the requested complaint.

### STATEMENT OF FACTS

4. On or about March 5, 2025, a male, identifying himself as DEREK ALLEN FULFER (FULFER), left three threatening voicemails for the Anti-Defamation League (ADL) Mountain States Region, located in Denver, Colorado, and and one threatening voicemail for a Texas based

ADL office, using the the phone number 307-259-3068 (SUBJECT PHONE). The ADL is an international non-governmental organization dedicated to fighting antisemitism and all forms of hate.

5. On or about March 5, 2025, the following three voicemails were left on the office phone number for the ADL Mountain States Region by the user of the SUBJECT PHONE:

Voicemail 1 left at approximately 9:41 a.m.:

"Hi, my name is Derek Fulfer. Uh, spelled D E R E K F U L F E R. Umm, middle name Allen, A L L E N. And, uh, I would like to get put on your, uh, anti-kike list. I know that there's like an ADL like, uh, like a ban list where people who hate kikes and wish that all Jews would be fucking murdered get put on. So again, my name is Derek Allen Fulfer. D E R E K F U L F E R. Go ahead and put me on your little kike list. When I see Jews in the street I smack the fuck out of them. They don't do a fucking thing. You kikes are going to die. We will extinguish them. Hitler is coming back and he's going to destroy every one of you fucking kike fucks."

Voicemail 2 left at approximately 9:44 a.m.:

"It's funny because I know one of you kike lovers have to listen to these voicemails. Just understand you kikes are so cowardly, you fucking bitch ass niggers, you kike niggers, you fucking kike niggers. You're cowards. I see a Jew on the street and I fucking smack him. Again, my names is Derek Fulfer go ahead and put me on your little anti-kike list. Derek Fulfer. I am begging you to put me on your kike list, faggots."

Voicemail 3 left at approximately 9:45 a.m.:

"The person that has to listen to this voicemail, I want you to take a gun and blow your fucking sorry pathetic brains out of your goddamn mind. You are a sorry excuse for a life form. Jews and kikes are fake. They're fucking cowards, weak cowards, faggot nigger bitches. Again my name is Derek Fulfer, D E R E K F U L F E R, go ahead and put me on that anti-kike list bitch. Come find me. I can't wait to murder you kike Jews."

6. On or about March 5, 2025, the following voicemail was left at approximately 9:48 a.m. on the office number for the Austin, Texas ADL office, by the user of the SUBJECT PHONE:

"What's up you kike loving faggot nigger? My name is Derek Fulfer and I am a famous Jew hater. [Clears throat] I would like you to take a gun and blow your brains out. You are a disgrace to this world, a sorry excuse of a parasitic leech to society. The ADL is a fucking joke. I will murder every Jew I see, smack them in their fucking face. They are rats. Inbred bastards, inbred faggots, you are an inbred loving bitch. Go kill yourself.

3

   Your life is fucking worthless.  Six million Jews didn't die, I wish six million would've died.  In fact, if I ever get a chance six million Jews will die again."

 7. Subscriber information obtained from Charter Communications indicates the subscriber of the SUBJECT PHONE was DEREK FULFER residing in Casper, Wyoming.

 8. Pursuant to a search warrant issued in the United States District Court for the District of Colorado by the Honorable Judge Susan Prose the FBI obtained location data for the SUBJECT PHONE from Verizon Wireless.  Cellular analysis of the search warrant data from Verizon Wireless showed that all four of the above-referenced calls from the SUBJECT PHONE were made from Cheyenne, Wyoming.

 9. On August 7, 2025, FULFER was interviewed by myself and another FBI Special Agent (interviewing Agents). This interview occured in the interviewing Agents' vehicle outside FULFER's Casper residence. FULFER claimed he did not know what the ADL was. FULFER stated he did not recall calling or leaving voicemails for the ADL. FULFER stated he believed that a "Jew" made a phone call to the FBI and opined that was the reason the FBI was talking to him. FULFER believed somebody had "trolled" him, as he gets "trolled" quite often on social media, specifically on the social media platform, X. Interviewing Agents then played parts of the recorded threatening voicemails left by SUBJECT PHONE for the ADL.  Upon listening to parts of the recordings, FULFER stated he believed he had been "trolled," and someone had used his voice to leave the voicemails. FULFER stated the voicemails sounded like him, but he did not make the calls or leave the voicemails.  FULFER believed the "trolls" were utilizing his voice and his opinions. FULFER stated the SUBJECT PHONE was a number he previously used but he had changed it and now has a new number. After being advised by interviewing Agents that lying to a Federal Agent was a crime, FULFER maintained he was "trolled" and denied leaving the threatening voicemails for the ADL.

4

10. Following the interview of FULFER, interviewing Agents interviewed FULFER's father. Interviewing Agents played parts of the threatening voicemails for him. FULFER's father believed the voicemail recordings sounded like FULFER and stated FULFER had said similar things to him when mad in the past. Due to knowing that voice-altering tools exist online, FULFER's father could not definitively say it was FULFER's voice in the recordings, but stated they sounded like FULFER and sounded like something he would say.

11. Later on August 7, 2025, FULFER called the interviewing Agents. FULFER stated he had spoken with his father and wanted to come to the FBI office in Casper, Wyoming to speak with the interviewing Agents. Approximately 30 minutes later, FULFER arrived at the Casper FBI office.

12. According to FULFER, he wanted to speak with interviewing Agents again because he had made a mistake. FULFER admitted to making the phone calls to the ADL phone numbers and leaving the threatening voicemails. FULFER admitted he was not truthful with interviewing agents earlier that morning.

13. FULFER knew what the ADL was. FULFER knew the ADL was a group associated with Jewish people that combated hate.

14. Interviewing Agents played for FULFER the recordings of the voicemails left for the ADL. FULFER admitted that it was him speaking in the voicemails. He admitted that he made the calls when he was in Cheyenne for work.

15. According to FULFER, after making the calls and leaving the voicemails for the ADL, he did not take any further action against Jewish people or anyone else. FULFER did not think there would be any victims affected by making the calls and leaving the voicemails for the ADL. FULFER thought someone could only be a victim if a specific individual was called out or

targeted.

## CONCLUSION

16. Based on the above information, I respectfully submit there is probable cause to believe that FULFER knowingly transmitted in intersate commerce a communication containing a true threat to injure the person of another, in violation of 18 U.S.C. § 875(c).

**END OF SWORN STATEMENT**

## PENALTY SUMMARY

| | |
|---|---|
| **DEFENDANT NAME:** | DEREK ALLEN FULFER, |
| **DATE:** | August 19, 2025 |
| **INTERPRETER NEEDED:** | No |
| **VICTIM(S):** | No |
| **OFFENSE/PENALTIES:** | 18 U.S.C. § 875(c) (Making Interstate Threats)<br><br>0-5 Years Imprisonment<br>Up To $250,000 Fine<br>3 Years Supervised Release<br>$100 Special Assessment |
| **AGENT:** | Ei Voight, FBI |
| **AUSA:** | Margaret M. Vierbuchen, Assistant United States Attorney |
| **ESTIMATED TIME OF TRIAL:** | 1 to 5 days |
| **WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** | Yes |
| **ARE THERE DETAINERS FROM OTHER JURISDICTIONS:** | No |