**FILED**

11:45 am, 8/20/25

**Margaret Botkins**
**Clerk of Court**



**FILED**

8:49 am, 8/19/25

**Margaret Botkins**
**Clerk of Court**

# UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DEREK ALLEN FULFER,

        Defendant.

## WARRANT FOR ARREST

Case Number: 25-MJ-63-S

To: The United States Marshal and any Authorized United States Officer

    YOU ARE HEREBY COMMANDED to arrest **Derek Allen Fulfer** and bring him forthwith to the nearest district court judge or magistrate to answer a Complaint charging him with Making Interstate Threats in violation of 18 U.S.C. § 875(c).

| | |
|---|---|
| SCOTT P. KLOSTERMAN | United States Chief Magistrate Judge |
| Name of Issuing Officer | Title of Issuing Officer |
| *Scott P. Klosterman* (signature) | August 19, 2025, Cheyenne, Wyoming |
| Signature of Issuing Officer | Date and Location |

By Deputy Clerk

Bail fixed at $ _Detain_

By: _Scott P. Klosterman_

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at Casper, Wy FBI Resident Agency 100 East B Street, Casper, WY 82601. | | |
| DATE RECEIVED 8/19/25 | NAME AND TITLE OF ARRESTING OFFICER Special Agent Eli Voigt, FBI | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 8/19/25 | | |