**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF WYOMING**

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2025 DEC 30  PM 2: 54

MARGARET BOTKINS. CLERK
CHEYENNE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **No.** 25-CR-181-SWS |
| v. | **18 U.S.C. § 875(c)** |
| | (Making Interstate Threats) |
| DEREK A. FULFER, | |
| Defendant. | |

---

### I N F O R M A T I O N

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about March 5, 2025, in the District of Wyoming and elsewhere, the Defendant, **DEREK A. FULFER**, knowingly and willfully transmitted in interstate commerce a communication, to wit: a phone call to the Victim Organization, containing a threat to injure the person of another, to wit: persons of the Jewish community, and the Defendant made the communication for the purpose of issuing a threat, knowing that it would be interpreted as a threat, and recklessly disregarding the risk that his communication would be interpreted as a threat.

In violation of 18 U.S.C. § 875(c).

### NOTICE

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

The Defendant, **DEREK A. FULFER**, intentionally selected the victims of his violation of 18 U.S.C. § 875(c), as charged in this Information, because of their actual and perceived

religious beliefs.

DATED this 30th day of December, 2025.

DARIN D. SMITH
United States Attorney

By: *Margaret Vierbuchen*

MARGARET M. VIERBUCHEN
Assistant United States Attorney

## PENALTY SUMMARY

**DEFENDANT NAME:**  **DEREK FULFER**

**DATE:**  12/30/2025

**INTERPRETER NEEDED:**  No

**VICTIM(S):**  Yes

**OFFENSE/PENALTIES:**  **18 U.S.C. §875(c)**
  (Making Interstate Threats)

  0-5 Years Imprisonment
  Up To $250,000 Fine
  3 Years Supervised Release
  $100 Special Assessment

**AGENT:**  Eli Voight, FBI

**AUSA:**  Margaret M. Vierbuchen, Assistant United States Attorney

**ESTIMATED TIME OF TRIAL:**  2 to 5 days

**WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:**  No

**ARE THERE DETAINERS FROM OTHER JURISDICTIONS:**  No